# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 15, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131276

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellant,

v

WILLIE R. GILLAM,
      Defendant-Appellee.

SC: 131276
COA: 259122
Ingham CC: 04-000633-FH

_____/

On order of the Court, the application for leave to appeal the April 4, 2006 judgment of the Court of Appeals is considered, and it is GRANTED. The parties are directed to include among the issues to be briefed whether the police conduct in this case constituted a constructive entry into a citizen's home for purposes of a Fourth Amendment search and seizure analysis.

The Prosecuting Attorneys Association of Michigan and the Criminal Defense Attorneys of Michigan are invited to file briefs amicus curiae. Other persons or groups interested in the determination of the issues presented in this case may move the Court for permission to file briefs amicus curiae.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 15, 2006

_____
Clerk

d1212